# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

```
-------------------------------------------------------x
                                                       :
In re                                                  :
                                                       :
Molycorp, Inc.,                                        :   Chapter 11
a Delaware corporation,                                :
                                                       :   Case No. 15-11357 (CSS)
        Debtor.                                        :
                                                       :
Employer's Tax Identification No.: 27-2301797          :
                                                       :
                                                       :
-------------------------------------------------------x
                                                       :
In re                                                  :
                                                       :
Industrial Minerals, LLC,                              :   Chapter 11
a Delaware limited liability company,                  :
                                                       :   Case No. 15-11358 (CSS)
        Debtor.                                        :
                                                       :
Employer's Tax Identification No.: N/A                 :
                                                       :
                                                       :
-------------------------------------------------------x
                                                       :
In re                                                  :
                                                       :
Magnequench, Inc.,                                     :
a Delaware corporation,                                :   Chapter 11
                                                       :
        Debtor.                                        :   Case No. 15-11359 (CSS)
                                                       :
Employer's Tax Identification No.: 35-2081833          :
                                                       :
```

01:17303044.2

NAI-1500406981v1

```
-------------------------------------------------------x
                                          :
In re                                     :
                                          :
Magnequench International, Inc.,          :     Chapter 11
a Delaware corporation,                   :
                                          :     Case No. 15-11360 (CSS)
            Debtor.                       :
                                          :
Employer's Tax Identification No.: 13-3837801  :
                                          :
-------------------------------------------------------x
                                          :
                                          :
In re                                     :
                                          :
Magnequench Limited,                      :
a Barbados company,                       :     Chapter 11
                                          :
            Debtor.                       :     Case No. 15-11361 (CSS)
                                          :
Employer's Tax Identification No.: N/A    :
                                          :
                                          :
-------------------------------------------------------x
                                          :
In re                                     :
                                          :
Molycorp Advanced Water Technologies, LLC, :    Chapter 11
a Delaware limited liability company,     :
                                          :     Case No. 15-11362 (CSS)
            Debtor.                       :
                                          :
Employer's Tax Identification No.: 46-1571628  :
                                          :
-------------------------------------------------------x
                                          :
In re                                     :
                                          :
MCP Callco ULC,                           :     Chapter 11
a Canadian unlimited liability company,   :
                                          :     Case No. 15-11363 (CSS)
            Debtor.                       :
                                          :
Employer's Tax Identification No.: N/A    :
                                          :
```

```
------------------------------------------------x
                                                :
In re                                           :
                                                :
MCP Canada Holdings ULC,                        :    Chapter 11
a Canadian unlimited liability company,         :
                                                :    Case No. 15-11364 (CSS)
          Debtor.                               :
                                                :
Employer's Tax Identification No.: N/A          :
                                                :
------------------------------------------------x
                                                :
In re                                           :
                                                :
MCP Canada Limited Partnership,                 :    Chapter 11
a Canadian limited liability partnership,       :
                                                :    Case No. 15-11365 (CSS)
          Debtor.                               :
                                                :
Employer's Tax Identification No.: N/A          :
                                                :
------------------------------------------------x
                                                :
In re                                           :
                                                :
MCP Exchangeco Inc.,                            :    Chapter 11
a Canadian corporation,                         :
                                                :    Case No. 15-11366 (CSS)
          Debtor.                               :
                                                :
Employer's Tax Identification No.: N/A          :
                                                :
------------------------------------------------x
                                                :
In re                                           :
                                                :
Molycorp Chemicals & Oxides, Inc.,              :    Chapter 11
a Delaware corporation,                         :
                                                :    Case No. 15-11367 (CSS)
          Debtor.                               :
                                                :
Employer's Tax Identification No.: 94-3168647   :
                                                :
```

```
-----------------------------------------------x
                                               :
In re                                          :   Chapter 11
                                               :
Molycorp Luxembourg Holdings S.à r.l.,         :   Case No. 15-11368 (CSS)
a Luxembourg société à responsabilité limitée, :
                                               :
        Debtor.                                :
                                               :
Employer's Tax Identification No.: N/A         :
-----------------------------------------------x
                                               :
In re                                          :
                                               :
Molycorp Metals & Alloys, Inc.,                :   Chapter 11
a Delaware corporation,                        :
                                               :   Case No. 15-11369 (CSS)
        Debtor.                                :
                                               :
Employer's Tax Identification No.: 36-4289242  :
                                               :
                                               :
-----------------------------------------------x
                                               :
In re                                          :
                                               :
Molycorp Minerals Canada ULC,                  :   Chapter 11
a Canadian unlimited liability company,        :
                                               :   Case No. 15-11370 (CSS)
        Debtor.                                :
                                               :
Employer's Tax Identification No.: N/A         :
                                               :
-----------------------------------------------x
                                               :
In re                                          :
                                               :
Molycorp Minerals, LLC,                        :   Chapter 11
a Delaware limited liability company,          :
                                               :   Case No. 15-11371 (CSS)
        Debtor.                                :
                                               :
Employer's Tax Identification No.: 26-2814170  :
                                               :
```

01:17303044.2

```
------------------------------------------------------x
                                        :
In re                                   :
                                        :
Molycorp Rare Metals Holdings, Inc.,    :   Chapter 11
a Delaware corporation,                 :
                                        :   Case No. 15-11372 (CSS)
            Debtor.                     :
                                        :
Employer's Tax Identification No.: 80-0134615   :
------------------------------------------------------x
                                        :
                                        :
In re                                   :
                                        :
Molycorp Rare Metals (Utah), Inc.,      :   Chapter 11
a Utah corporation,                     :
                                        :   Case No. 15-11373 (CSS)
            Debtor.                     :
                                        :
Employer's Tax Identification No.: 87-0457445   :
                                        :
                                        :
------------------------------------------------------x
In re                                   :
                                        :
Neo International Corp.,                :
a Barbados company,                     :
                                        :   Chapter 11
            Debtor.                     :
                                        :   Case No. 15-11374 (CSS)
Employer's Tax Identification No.: N/A  :
                                        :
                                        :
------------------------------------------------------x
                                        :
In re                                   :
                                        :
PP IV Mountain Pass Inc.,               :   Chapter 11
a Delaware corporation,                 :
                                        :   Case No. 15-11375 (CSS)
            Debtor.                     :
                                        :
Employer's Tax Identification No.: 26-3021205   :
                                        :
```

```
-----------------------------------------------------------x
                                            :
In re                                       :
                                            :
PP IV Mountain Pass II, Inc.,               :   Chapter 11
a Delaware corporation,                     :
                                            :   Case No. 15-11376 (CSS)
            Debtor.                         :
                                            :
Employer's Tax Identification No.:  27-2275361  :
                                            :
-----------------------------------------------------------x
                                            :
In re                                       :
                                            :
RCF IV Speedwagon Inc.,                     :   Chapter 11
a Delaware corporation,                     :
                                            :   Case No. 15-11377 (CSS)
            Debtor.                         :
                                            :
Employer's Tax Identification No.: 26-2810845  :   Ref Docket No. 2
----------------------------------------------------------- x
```

## ORDER AUTHORIZING THE JOINT
## ADMINISTRATION OF THE DEBTORS' CHAPTER 11 CASES

This matter coming before the Court on the Motion of the Debtors for an Order

Directing the Joint Administration of Their Chapter 11 Cases (the "Motion"),[1] filed by the

above-captioned debtors (collectively, the "Debtors"); the Court having reviewed the Motion and

the First Day Declaration; the Court having found that (i) the Court has jurisdiction over this

matter pursuant to 28 U.S.C. §§ 157 and 1334 the Amended Standing Order of Reference from

the United States District Court for the District of Delaware dated as of February 29, 2012,

(ii) venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409, (iii) this is a core

proceeding pursuant to 28 U.S.C. § 157(b) and (iv)  relief under Motion is appropriate under the

---

[1]     Capitalized terms not otherwise defined herein shall have the meanings given to them in the Motion.

circumstances and authorized by Local Rule 1015-1; and after due deliberation the Court having

determined that the relief requested in the Motion is in the best interests of the Debtors, their

estates and their creditors; and good and sufficient cause having been shown;

IT IS HEREBY ORDERED THAT:

1.     The Motion is GRANTED as set forth herein.

2.     The above-captioned chapter 11 cases shall be consolidated for procedural

purposes only and shall be administered jointly.  The Clerk of the Court shall maintain one file

and one docket for all of these jointly administered cases, which file and docket for each

respective chapter 11 case shall be the file and docket for Molycorp, Inc. (the "Parent Case"),

Case No. 15-11357 (CSS).

3.     Parties in interest are directed to use the Proposed Caption annexed hereto

as Exhibit 1 when filing pleadings with the Court in the chapter 11 cases of the Debtors

indicating that the pleading relates to the jointly administered chapter 11 cases of

"Molycorp, Inc., *et al.*"  The consolidated caption satisfies the requirements of section 342(c) of

the Bankruptcy Code in all respects.

4.     A docket entry shall be made on the docket in each of the above-captioned

cases (other than the Parent Case) substantially as follows:

> An order has been entered in this case directing the procedural
> consolidation and joint administration of the chapter 11 cases of
> Molycorp, Inc.; Industrial Minerals, LLC; Magnequench, Inc.;
> Magnequench International, Inc.; Magnequench Limited;
> Molycorp Advanced Water Technologies, LLC; MCP Callco ULC;
> MCP Canada Holdings ULC; MCP Canada Limited Partnership;
> MCP Exchangeco Inc.; Molycorp Chemicals & Oxides, Inc.;
> Molycorp Luxembourg Holdings S.à. r.l.; Molycorp Metals &
> Alloys, Inc.; Molycorp Minerals Canada ULC; Molycorp Minerals,
> LLC; Molycorp Rare Metals Holdings, Inc.; Molycorp Rare Metals
> (Utah), Inc.; Neo International Corp.; PP IV Mountain Pass Inc.;
> PP IV Mountain Pass II, Inc.; and RCF IV Speedwagon Inc.  The

docket of Molycorp, Inc., Case No. 15-11357 (CSS), should be consulted for all matters affecting this case.

5.        Nothing contained in this Order shall be deemed or construed as directing or otherwise effectuating a substantive consolidation of the above-captioned chapter 11 cases.

6.        This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation and/or interpretation of this Order.

Dated:    June 26, 2015
            Wilmington, Delaware

                                             _____
                                             CHRISTOPHER S. SONTCHI
                                             UNITED STATES BANKRUPTCY JUDGE