# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

-------------------------------------------------------------x

In re

MOLYCORP, INC., *et al.*,[1]

       Debtors.

-------------------------------------------------------------x

: Chapter 11
:
: Case No. 15-11357 (CSS)
:
:
:
:

# SCHEDULE OF ASSETS AND LIABILITIES FOR
## MOLYCORP RARE METALS (UTAH), INC.
## (CASE NO. 15-11373 (CSS))

---

[1]    The Debtors are the following 21 entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Molycorp, Inc. (1797); Industrial Minerals, LLC; Magnequench, Inc. (1833); Magnequench International, Inc. (7801); Magnequench Limited; Molycorp Advanced Water Technologies, LLC (1628); MCP Callco ULC; MCP Canada Holdings ULC; MCP Canada Limited Partnership; MCP Exchangeco Inc.; Molycorp Chemicals & Oxides, Inc. (8647); Molycorp Luxembourg Holdings S.à r.l.; Molycorp Metals & Alloys, Inc. (9242); Molycorp Minerals Canada ULC; Molycorp Minerals, LLC (4170); Molycorp Rare Metals Holdings, Inc. (4615); Molycorp Rare Metals (Utah), Inc. (7445); Neo International Corp.; PP IV Mountain Pass, Inc. (1205); PP IV Mountain Pass II, Inc. (5361); RCF IV Speedwagon Inc. (0845). Molycorp's United States headquarters is located at 5619 DTC Parkway, Suite 1000, Greenwood Village, Colorado, 80111.

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

-----------------------------------------------------------------x
:
In re                                              :    Chapter 11
                                                   :
MOLYCORP, INC., *et al.*,[1]                       :    Case No. 15-11357 (CSS)
                                                   :
            Debtors.                               :    (Jointly Administered)
                                                   :
-----------------------------------------------------------------x

## GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY AND DISCLAIMERS REGARDING DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

Molycorp, Inc. (Case No. 15-11357 (CSS)) ("Molycorp" or the "Company") and twenty of its direct and indirect subsidiaries (together with Molycorp, the "Debtors") submit their Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "Statements" and, together with the Schedules, the "Schedules and Statements") pursuant to section 521 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

On June 25, 2015 (the "Petition Date"), each of the Debtors commenced a case under chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").  By order of the Bankruptcy Court, the Debtors' cases have been consolidated for procedural purposes only and administered jointly.  The Debtors are authorized to continue to operate their business and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

The Schedules and Statements were prepared by the Debtors' management and are unaudited.  While those members of management responsible for the preparation of the Schedules and Statements have made a reasonable effort to ensure that the Schedules and

---

[1]    The Debtors are the following 21 entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses):  Molycorp, Inc. (1797); Industrial Minerals, LLC; Magnequench, Inc. (1833); Magnequench International, Inc. (7801); Magnequench Limited; Molycorp Advanced Water Technologies, LLC (1628); MCP Callco ULC; MCP Canada Holdings ULC; MCP Canada Limited Partnership; MCP Exchangeco Inc.; Molycorp Chemicals & Oxides, Inc. (8647); Molycorp Luxembourg Holdings S.à r.l.; Molycorp Metals & Alloys, Inc. (9242); Molycorp Minerals Canada ULC; Molycorp Minerals, LLC (4170); Molycorp Rare Metals Holdings, Inc. (4615); Molycorp Rare Metals (Utah), Inc. (7445); Neo International Corp.; PP IV Mountain Pass, Inc. (1205); PP IV Mountain Pass II, Inc. (5361); RCF IV Speedwagon Inc. (0845).  Molycorp's United States headquarters is located at 5619 DTC Parkway, Suite 1000, Greenwood Village, Colorado 80111.

Statements are accurate and complete based on information known to them at the time of preparation after reasonable inquiries, inadvertent errors or omissions may exist and/or the subsequent receipt of information may result in material changes in financial and other data contained in the Schedules and Statements.  Accordingly, the Debtors reserve their right to amend and/or supplement their Schedules and Statements from time to time as may be necessary or appropriate and they will do so as information becomes available.

These Global Notes and Statement of Limitations, Methodology and Disclaimers Regarding Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs (the "Global Notes") are incorporated by reference in, and comprise an integral part of, the Schedules and Statements, and should be referred to and reviewed in connection with any review of the Schedules and Statements.

## General Comments

**Global Notes Control.**  In the event that the Schedules and Statements differ from the Global Notes, the Global Notes will control.

**Reservation of Rights.**  The Debtors reserve the right to dispute, or to assert setoff or other defenses to, any claim reflected in the Schedules and Statements as to amount, liability and classification. The Debtors also reserve all rights with respect to the values, amounts and characterizations of the assets and liabilities listed in their Schedules and Statements.

**Basis of Presentation.**  The Schedules and Statements reflect the separate assets and liabilities of each individual Debtor.  For financial reporting purposes, Molycorp historically has prepared consolidated quarterly and annual financial statements, which included certain Debtors and non-Debtors.  These Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles ("GAAP"), nor are they intended to reconcile to the financial statements previously distributed to lenders, major creditors or various equity holders on an intermittent basis.

**Currency.**  Unless otherwise indicated, all amounts are reflected in United States dollars. Amounts listed in United States Dollars in the Schedules and Statements may reflect a currency conversion that was done in accordance with such Debtor's normal accounting practices in its books and records.

**Date of Valuations.**  Except as otherwise noted herein or in the Schedules and Statements, all liabilities are valued as of the Petition Date and all assets as of May 31, 2015.  The Schedules and Statements reflect the Debtors' best effort to allocate the assets, liabilities, receipts and expense to the appropriate Debtor entity "as of" such dates.  The Debtors have made a reasonable effort to allocate liabilities between the pre- and postpetition periods based on the information and research that was conducted in connection with the preparation of the Schedules and Statements.  As additional information becomes available and further research is conducted, the Debtors may modify the allocation of liabilities between the pre- and postpetition periods and amend the Schedules and Statements accordingly.

**Book Value.**  Except as otherwise noted, each asset and liability of each Debtor is shown on the basis of net book value of the asset or liability in accordance with such Debtor's accounting

books and records.  Therefore, unless otherwise noted, the Schedules are not based upon any estimate of the current market values of the Debtors' assets and liabilities, which may not correspond to book values.  In the time frame allotted, it would be cost prohibitive and unduly burdensome to obtain current market valuations of all the Debtors' property interests solely for purposes of the Schedules and Statements.

**Causes of Action.**  The Debtors reserve all of their rights with respect to causes of action they may have, whether disclosed or not disclosed, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such causes of action.

**Litigation.**  The inclusion of any litigation action in these Schedules and Statements does not constitute an admission by the Debtors of liability, the validity of any litigation action or the amount of any potential claim that may result from any claims with respect to any litigation action and the amount and treatment of any potential claim resulting from any litigation action currently pending or that may arise in the future.

**Claims.**  The Bankruptcy Court has authorized the Debtors to, among other things, (i) continue certain customer programs, (ii) pay certain prepetition sales, use and other taxes, (iii) pay certain prepetition lienholders and (iv) pay certain essential suppliers.  The amounts set forth in the Schedules and Statements do not reflect payments authorized by the Bankruptcy Court as discussed above.  The Bankruptcy Court has also authorized the Debtors to pay prepetition wages, salaries, employee benefits and other related obligations.  The Debtors currently expect that most of the claims for prepetition wages, salaries and employee benefits either have been paid or will be paid in the ordinary course of business and, therefore, the Schedules and Statements do not include such employee claims.

The actual unpaid claims of the particular creditors described in the above paragraph that may be allowed in these chapter 11 cases may differ from the amounts set forth in the Schedules and Statements.  Moreover, the Debtors have not attempted to reflect any alleged recoupments in the claims of utility companies or other parties holding prepetition deposits that may assert (or have asserted) a recoupment right.

Any failure to designate a claim listed on a Debtor's Schedule as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that the claim is not "disputed," "contingent," or "unliquidated."  The Debtors reserve the right to (i) assert setoff rights, cross-claims, counterclaims or defenses to, any claim reflected on the Schedules as to amount, liability or classification or (ii) otherwise to designate subsequently any claim as "disputed," "contingent" or "unliquidated."

**Employees.**  The Debtors reserve their rights to (i) evaluate whether to modify or terminate any employee plan or program and (ii) modify or terminate, with respect to discretionary obligations, or seek to modify or terminate any such plans or programs.  In the event that any employee plans or programs are modified or terminated, or sought to be modified or terminated, affected employees would receive by mail notice thereof, thereby allowing any such affected party to assert claims against the Debtors arising therefrom.

The Debtors have attempted to list each of their current employees' addresses as one of the Debtors' corporate addresses where reasonably possible to protect the privacy of the Debtors' employees.  The Debtors have served and will continue to serve all necessary notices, including notice of the claims bar date, to the actual address of each of the Debtors' employees.

**Intercompany Payables/Receivables.**  For purposes of these Schedules and Statements, the Debtors have reported intercompany payables and receivables on Schedules B-16 and F at book value as of the Petition Date.  The Debtors reserve all rights to later change the characterization, classification, categorization or designation of intercompany accounts reported in the Schedules and Statements.

**OCM MLYCo CTB Ltd. Claims.** Pursuant to paragraphs H & I in the Final Order Pursuant to Sections 105, 361, 362, 363, 364 and 507 of the Bankruptcy Code (I) Authorizing Debtors to Obtain Superpriority Secured Debtor-In-Possession Financing, (II) Authorizing Debtors to Use Cash Collateral, (III) Granting Adequate Protection to the Prepetition Secured Parties; and (IV) Granting Related Relief [Docket No. 278] (the "Final DIP Order"), the Debtors have, among other things, stipulated to the allowance and amount of the Prepetition Oaktree Obligations (as defined in the Final DIP Order) which are identified on Schedule D or Schedule F of the Applicable Debtors, subject only to the stipulation clarifications set forth in paragraph 15 of the Final DIP Order and a timely Challenge (as defined in the Final DIP Order) by parties in interest, including without limitation the Committee (as defined in the Final DIP Order), having been made in accordance with paragraph 25 of the Final DIP Order.  The amounts identified in the Schedules as due and owing to OCM MLYCo CTB Ltd. are the amounts calculated by the Debtors assuming no objection to the amount of the Prepetition Oaktree Obligations is ultimately successfully asserted by any party in interest in these chapter 11 cases.

The Debtors have not identified these claims as being disputed, contingent or unliquidated in their Schedules in light of the stipulations made in the Final DIP Order and the lack of any existing contested matter or adversary proceeding disputing or challenging the claims, but the Debtors scheduling of these claims in this manner in no way waives or modifies the rights reserved to the Debtors and other parties in interest under the Final DIP Order.

**Insiders**.  Solely for purposes of the Schedules and Statements, the Debtors have treated the following individuals as "insiders": (a) directors of the Debtors and (b) ten other current employees of the Debtors that counsel to the Official Committee of Unsecured Creditors has suggested might fall within the definition of 'insiders,' subject to further review.

Persons listed as "insiders" have been included for informational purposes only.  The Debtors do not take any position with respect to: (a) such person's influence over the control of the Debtors; (b) the management responsibilities or functions of such individual; (c) the decision making or corporate authority of such individual; or (d) whether such individual could successfully argue that he or she is not an "insider" under applicable law, including, without limitation, the federal securities laws or with respect to any theories of liability or for any other purpose.  Further, the inclusion of a party as an "insider" is not an acknowledgment or concession that such party is an "insider" under applicable bankruptcy law and the Debtors reserve all rights with respect to the characterization of any person as an "insider" in these chapter 11 cases.

**Schedules**

**Schedule A – Real Property**

Owned real estate is reported at book value, net of accumulated depreciation. The Debtors may have listed certain assets as real property when such assets are in fact personal property, or the Debtors may have listed certain assets as personal property when such assets are in fact real property. The Debtors reserve all of their rights to re-categorize and/or re-characterize their real and personal property assets to the extent the Debtors determine that they listed such assets incorrectly.

**Schedule B – Personal Property**

Item 2 – Amounts in Checking, Savings or Other Financial Accounts. Amounts listed in Schedule B2 reflect actual amounts in the respective accounts, rounded to the nearest thousand, as of June 26, 2015 and may vary from the amounts contained in the Debtors' books and records.

Item 9 – Interests in Insurance Policies. The Company maintains certain insurance policies essential to its continued operations, including, but not limited to, workers' compensation, general liability, automobile liability, property damage, directors and officers liability, employment practices liability, commercial crime and fiduciary liability insurance policies. The terms of the policies are similar to insurance policies typically maintained by corporate entities that are similar in size and nature to the Company. The Company's insurance policies generally are structured to provide coverage for all of its direct and indirect subsidiaries and affiliates. Additional information regarding the insurance policies listed on Schedule B9 is available in the *Motion of the Debtors for an Order Authorizing Them to Maintain Their Insurance Programs, Pay Certain Prepetition and Postpetition Obligations Associated Therewith and Renew Their Insurance Policies in the Ordinary Course of Business* [Docket No. 8].

Item 13 – Stock and Interests in Incorporated and Unincorporated Businesses. Each Debtor's Schedule B includes its ownership interests, if any, in subsidiaries and partnerships directly controlled by the Debtors.

Item 16 – Accounts Receivable. The Debtors have disclosed the net book value with respect to accounts receivable, which represents the amount of the accounts receivable netted against any "doubtful accounts." For purposes of Schedule B16, "doubtful accounts" are those accounts for which the Debtors believe they are unlikely to receive payment based upon the time such accounts have been outstanding.

Item 21 – Other Contingent and Unliquidated Claims of Every Nature, Including Tax Refunds, Counterclaims of the Debtors and Rights to Setoff Claims. In the ordinary course of their business, the Debtors may have accrued, or may subsequently accrue, certain rights with respect to counter-claims, setoffs, customer and supplier refunds and potential warranty claims against their suppliers. Additionally, the Debtors may be parties to existing or future litigation in which the Debtors have asserted, or may assert, claims as a plaintiff or counter-claims as a defendant. Because such claims are unknown or not quantifiable as of the Petition Date, they are not listed on Schedule B21.

**Schedule D – Creditors Holding Secured Claims**

Except as has been otherwise ordered by the Bankruptcy Court, the Debtors reserve their rights to dispute or challenge the validity, perfection or immunity from avoidance of any lien purported to be granted or perfected in any specific asset for the benefit of a secured creditor listed on a Debtor's Schedule D. Moreover, although the Debtors may have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument (including without limitation, any intercompany agreement) related to such creditor's claim and to argue that such claims may be undersecured.

In certain instances, a Debtor may be a co-obligor or guarantor with respect to scheduled claims of other Debtors. No claim set forth on the Schedule D of any Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged.

Except as specifically stated on Schedule D, real property lessors, utility companies and other parties that may hold security deposits have not been listed on Schedule D. In addition, the Debtors have not have included on Schedule D all entities that may believe their claims are secured through setoff rights or inchoate statutory lien rights.

The descriptions provided in Schedule D are intended only to be a summary. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent and priority of any liens. Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements.

**Schedule E – Creditors Holding Unsecured Priority Claims**

Certain of the claims owing to various taxing authorities to which the Debtors may be liable may be subject to ongoing audits. The Debtors reserve their right to amend the Schedules and later dispute or challenge whether claims owing to various taxing authorities or other creditors are entitled to priority, and the listing of any claim on Schedule E does not constitute an admission that such claim is entitled to priority treatment pursuant to section 507 of the Bankruptcy Code.

**Schedule F – Creditors Holding Unsecured Nonpriority Claims**

The Debtors have used their reasonable best efforts to report all general unsecured claims on Schedule F based upon the Debtors' existing books and records as of the Petition Date. The claims of individual creditors for, among other items, products, goods or the providing of services are listed against each particular Debtor that was invoiced as either the lower of the amounts invoiced by such creditor or the amounts entered on the Debtors' books and records and may not reflect credits or allowances due from such creditors to the Debtors. The Debtors reserve all of their rights with respect to such credits and allowances including the right to assert objections and/or setoffs with respect to the claims listed on Schedule F. Schedule F does not include certain deferred charges, deferred liabilities, accruals or general reserves. Such accruals are general estimates of liabilities and do not represent specific claims as of the Petition Date. The Debtors have made every effort to include the claims of any vendors that would appear on

the Debtors' open accounts payable, including vendors with an account that has an accrual or a receipt not invoiced.

The Claims listed in Schedule F arose or were incurred on various dates.  In certain instances, the date on which a claim arose is an open issue of fact.  Determining the date that each claim listed in Schedule F was incurred or arose would be unduly burdensome and cost prohibitive.  As such, Schedule F may not include the date that each claim arose or was incurred for every claim listed thereon.

The Bankruptcy Court has authorized the Debtors to pay, in their discretion, certain outstanding claims, even though those claims were incurred, or arose prior to, the Petition Date.  Schedule F does not reflect the Debtors' payment of certain claims pursuant to these orders.  The Debtors may pay additional claims listed on Schedule F during their chapter 11 cases pursuant to those and other orders of the Bankruptcy Court.  The Debtors reserve all of their rights to update Schedule F to reflect such payments.

Schedule F reflects the prepetition amounts owing to counterparties to executory contracts and unexpired leases.  Such prepetition amounts, however, may be paid in connection with the assumption, or assumption and assignment, of an executory contract or unexpired lease.

Additionally, Schedule F does not include potential rejection damage claims, if any, of the counterparties to executory contracts and unexpired leases that may be rejected.

**Schedule G – Executory Contracts and Unexpired Leases**

The businesses of the Debtors are complex and, while every effort has been made to ensure the accuracy of Schedule G, inadvertent errors or omissions may have occurred.  The Debtors hereby reserve all of their rights to (i) dispute the validity, status or enforceability of any contracts, agreements or leases set forth in Schedule G and (ii) amend or supplement such Schedule as necessary.  Furthermore, the Debtors reserve all of their rights, claims and causes of action with respect to the contracts and agreements listed on these Schedules, including the right to dispute or challenge the characterization or the structure of any transaction, document or instrument. The presence of a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease.

The contracts, agreements and leases listed on Schedule G may have expired, may have been, or subsequently may be, rejected pursuant to an order of the Bankruptcy Court, or may have been modified, amended or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letter and other documents, instruments and agreements that may not be listed therein.  Certain of the real property leases listed on Schedule G may contain renewal options, guarantees of payments, options to purchase, rights of first refusal, rights to lease additional space and other miscellaneous rights.   Such rights, powers, duties and obligations are not set forth on Schedule G.  Certain of the executory agreements may not have been memorialized and could be subject to dispute.

Because many of the Debtors' purchase orders are short term and have been or will soon be fully performed, Schedule G does not include all purchase orders in existence as of the Petition Date. Additionally, the Debtors may be parties to various other agreements concerning real property,

such as easements, rights of way, subordination, non-disturbance, supplemental agreements, amendments/letter agreements, title documents, consents, site plans, maps and other miscellaneous agreements.  Such agreements, if any, are not set forth in Schedule G.

## Schedule H – Codebtors

The Debtors may not have identified certain guarantees associated with the Debtors' executory contracts, unexpired leases, secured financings, debt instruments and other such agreements. The Debtors reserve all of their rights to amend the Schedules to the extent that additional guarantees are identified or such guarantees are discovered to have expired or be unenforceable.

## Statements

Question 3b – Payments to Creditors.  The information provided lists payments made by a Debtor on behalf of itself or on behalf of another Debtor in accordance with routine business practices.  The Debtors have included payments made to payroll processors on behalf of employees; wage payments made by the payroll processors to employees are not included.

Question 4a – Suits and Administrative Proceedings, Executions, Garnishments and Attachments.  Information provided in question 4a includes only those legal disputes and administrative proceedings that are formally recognized by an administrative, judicial or other adjudicative forum.  In the Debtors' attempt to provide full disclosure, to the extent a legal dispute or administrative proceeding is not formally recognized by an administrative, judicial or other adjudicative forum due to certain procedural conditions that remain unsatisfied, the Debtors still may have identified such matter on Schedule F.  Additionally, any information contained in question 4a is not a binding representation of the Debtors' liabilities with respect to any of the suits and proceedings identified therein.

Question 9 – Payments Related to Debt Counseling or Bankruptcy.  Information provided in question 9 includes only those payments made to professionals, beginning in March 2015, that provided services to the Debtors in preparation for these chapter 11 cases.  Most, but not all, of the payments relate to services in preparation of the Debtors' bankruptcy cases.  Payments made in connection with preparation of the Debtors' bankruptcy cases were made by Molycorp Minerals LLC on behalf of all of the Debtors, and record of such payments can be found on the Statement of Financial Affairs for Molycorp Minerals LLC.

Question 14 – Property Held for Another Person.  Information provided in question 14 does not include equipment that the Debtors hold pursuant to lease agreements to which a Debtor is a party.

Question 17 – Environmental Information.  The Debtors have conducted a thorough review of prepetition environmental matters.  Accordingly, the Debtors have provided the environmental information to the best of their ability based on information compiled for fiscal year ending December 31, 2014.  To the extent further investigation reveals additional or revised environmental information, the Debtors reserve their right to amend the Schedules and Statements as necessary and appropriate.

<u>Question 19 – Books, Records and Financial Statements</u>.

<u>Question 19d</u>:  From time to time, the Debtors provided financial statements in the ordinary course of business to certain parties for business, statutory, credit, financing and other reasons. Recipients have included regulatory agencies, financial institutions, investment banks, customers, vendors, unions, debtholders and their legal and financial advisors.  Additionally, financial statements have been provided to other parties as requested.  Rather than provide an extensive list of financial statement recipients (a process that would prove onerous for the Debtors), the Debtors offer this Global Note.


***END OF GLOBAL NOTES***


**SCHEDULES AND STATEMENTS BEGIN ON THE FOLLOWING PAGE**

B6 Summary (Official Form 6 - Summary) (12/14)

.

# United States Bankruptcy Court
### District of Delaware

In re     **Molycorp Rare Metals (Utah), Inc.**                                    ,     Case No.     **15-11373**
                                                    Debtor

                                                                                    Chapter                              **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 775,384.15 | | |
| B - Personal Property | Yes | 11 | 9,932,829.89 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 2 | | 374,646,146.79 | |
| G - Executory Contracts and Unexpired Leases | Yes | 2 | | | |
| H - Codebtors | Yes | 2 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 20 | | | |
| | | Total Assets | 10,708,214.04 | | |
| | | | Total Liabilities | 374,646,146.79 | |

B6A (Official Form 6A) (12/07)

In re __**Molycorp Rare Metals (Utah), Inc.**_____,    Case No. ___**15-11373**_____

Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Land, land improvement, building - 1877 Harris Ln, Blanding, UT 84511-2607 USA** | | - | 775,384.15 | 0.00 |

|  | Sub-Total > | 775,384.15 | (Total of this page) |
|---|---|---|---|
|  | Total > | 775,384.15 | |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re **Molycorp Rare Metals (Utah), Inc.** ,                    Case No.    **15-11373**
                                                                                      Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Wells Fargo, #5942** | - | 3,162,000.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >    **3,162,000.00**
(Total of this page)

__2__ continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Molycorp Rare Metals (Utah), Inc.**                                    ,    Case No.    **15-11373**
                                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **See Attached Schedule B16** | **-** | **1,182,644.82** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >    **1,182,644.82**
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Molycorp Rare Metals (Utah), Inc.**                                     ,     Case No.   **15-11373**
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **TELEPHONE SYSTEM, ABRIVA COMMUNICATIONS, MODEL AB-66218, WITH 23 WIRED EXTENSIONS** | - | 297.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **See Attached Schedule B29** | - | 735,541.09 |
| 30. Inventory. | | **See Attached Schedule B30** | - | 4,852,346.98 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >          **5,588,185.07**
(Total of this page)

Total >          **9,932,829.89**

Sheet   **2**   of   **2**   continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

In re Molycorp Rare Metals (Utah), Inc.

Case No. 15-11373

Schedule B16 - Accounts receivable, description and location of property, value

| Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | USD/CAD |
|---|---:|---|
| ATLANTIC METALS & ALLOYS | $66,245.80 | USD |
| AVAGO TECH MANUFACTURING (SINGAPORE) PTE. LTD. | $32,000.00 | USD |
| CS ALLOYS | $22,509.00 | USD |
| EBY PHARMA, LLC | $4,421.68 | USD |
| EXCELITAS CANADA INC. | $3,043.25 | USD |
| INFRATECH | $3,600.00 | USD |
| KYMA TECHNOLOGIES | $6,800.00 | USD |
| MOLYCORP JAPAN, INC. | $241,364.68 | USD |
| MOLYCORP MINERALS, LLC | $200,000.00 | USD |
| MOLYCORP MINERALS CANADA ULC | $21,056.57 | USD |
| MOLYCORP RARE METALS (OKLAHOMA), LLC | $39,581.60 | USD |
| NEYCO S.A. | $865.00 | USD |
| OSTENDO GAN LAB | $2,250.00 | USD |
| PHILIPS LUMILEDS LIGHTING COMPANY, LLC | $37,125.00 | USD |
| PIDC | $3,507.72 | USD |
| RFMD | $170,449.45 | USD |
| SHANXI JIA HUA GALAXY ELECTRONIC MATERIAL | $217,259.91 | USD |
| SIGMA-ALDRICH | $875.00 | USD |
| SKYWORKS SOLUTIONS INC | $109,690.16 | USD |
| **Total:** | $1,182,644.82 | USD |

In re Molycorp Rare Metals (Utah), Inc.

Case No. 15-11373

Schedule B29 - Machinery, fixtures, equipment and supplies used in business, description and location of property, value

| Description and Location of Property<br><br>(All property in this Schedule B29 is located at 1877 Harris Lane, Blanding, UT 84511-2607) | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption |
|---|---|
| 3 PHASE POWER (1012) | $28,007.92 |
| 8 - FURNACE VESSELS, 36"DIA X 8'HIGH, WITH SEMI ELLIPTICAL HEADS, REMOVABLE TOP, REFRACTORY LINERS, 8 - CONSUMABLE CARBON ELECTRODE HEATERS PER FURNACE, CONCRETE PIT FOUNDATION | $84,520.25 |
| 8 - POWER CABLING TO FURNACE SERVICE ENTRY BOXES | $3,998.00 |
| 8 - POWER SUPPLY CABINETS, CUSTOM BUILT, EACH WITH 4 - 60 AMP X 120 VOLT AC POWER SUPPLIES, 72KW DIMMER CONTROLS | $3,998.00 |
| ACID STORAGE SHED, CEMENT FLOOR, STEEL COLUMNS, WOOD ROOF & SHINGLES | $827.00 |
| AIR COMPRESSOR, INGERSOLL RAND, MODEL GRAINGER SS5, 5HP, 60 GALLON | $317.00 |
| AIR COMPRESSOR, INGERSOLL RAND, MODEL SS3, 5HP, S/N 0504050369 | $101.33 |
| AIR PURIFIER HEPA FILTER RECIRCULATOR, UNITED AIR SPECIALISTS, 24" X 72" X 30" UNIT WITH INLET COOLER/CONDENSER COIL | $690.00 |
| AIR SHOWER PASS THROUGH CLEANER FOR BOOT ROOM, UNIDENTIFIED, 36" X 48" AREA GRILL | $587.00 |
| ANALYTICAL ROOM VOLT METER | $1,800.19 |
| ATOMIC EMISSION SPECTROGRAPH, THERMO JARRELL ASH, MODEL ATOM COMP 2000 DC ARC, S/N 11033 WITH 6 - REFERENCE STANDARDS | $8,651.33 |
| BIG BUILDING AUTOMATIC DOOR OPENER | $646.46 |
| BRIDGE CRANES, CUSTOM BUILT, 1 TON CAPACITY, 15' GIRDER ON 60' RUNWAYS, WITH DAYTON 1 TON CHAIN HOISTS | $7,140.00 |
| BUCKET HANDLING CARTS, CUSTOM BUILT | $317.00 |
| BUILT IN AIR HANDLING SYSTEM & HEPA FILTRATION AIR HANDLER RECIRCULATOR, 6' X 8' GRILL AREA, WITH AMERICAN STANDARD FILTER & DEHUMIDIFIER COIL | $1,333.00 |
| BULK TANK, SII, 8' DIA X 8' HIGH, POLYETHYLENE, NEW, SURPLUS, HALF INSTALLED, WITH FOUNDATION | $2,297.33 |
| CALCINATION FURNACE (1008) | $2,576.93 |
| CASTING TABLE/ DIE LIFT CART CUSTOMIZED, GENIE MANUFACTURING, MODEL GL4, WITH HYDRAULIC RAISE LOWER, MANUAL HYDRAULICS, CRUCIBLES AND POTS | $244.00 |
| CASTING TABLE/ DIE LIFT CART CUSTOMIZED, GENIE MANUFACTURING, WITH HYDRAULIC RAISE LOWER, MANUAL HYDRAULICS, CRUCIBLES AND POTS | $244.00 |

In re Molycorp Rare Metals (Utah), Inc.

Case No. 15-11373

Schedule B29 - Machinery, fixtures, equipment and supplies used in business, description and location of property, value

| Description and Location of Property<br><br>(All property in this Schedule B29 is located at 1877 Harris Lane, Blanding, UT 84511-2607) | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption |
|---|---|
| CASTING TABLES/ DIE LIFT CARTS CUSTOMIZED, GENIE MANUFACTURING, WITH HYDRAULIC RAISE LOWER, MANUAL HYDRAULICS, CRUCIBLES AND POTS | $419.00 |
| CENTRIFUGE PILOT TEST | $9,664.94 |
| CHAIN HOISTS, PARTS VALUE ONLY, DAYTON | $1,017.00 |
| CHIPPING ROOM AC | $3,717.24 |
| CHIPPING ROOM ACCONTINUED | $1,352.00 |
| COLD TRAP (ASSUMED TO BE IN SERVICE ON DECEMBER 1/09) | $1,803.79 |
| CONVECTION OVEN, GE, MODEL PROFILE | $17.00 |
| COOKTOP STOVE, AMANA | $48.67 |
| CRANE SCALE, CERTIFIED BALANCE SYSTEMS, MODEL P2000B LOAD INDICATOR, INDUSTRIAL COMMERCIAL SCALES MODEL T5 LOAD CELL | $120.00 |
| CRUCIBLE POURING ROOM AND FURNACE HOOD CHIPPING CELL ROOM, CONSISTING OF; | $5,604.00 |
| DELIVERY WATER SYSTEM, C/O DAYTON WATER PUMP, PRESSURIZATION TANK, UV STERILIZER MODEL S5Q | $767.33 |
| DOUBLE DIAPHRAGM PUMP, 1/2", ARO | $108.00 |
| DRUM CRUSHER, TEE MARK, MODEL DC55-E15, S/N 109223 | $2,244.00 |
| DRYING OVEN, QL OVENS, MODE 40GC | $172.00 |
| ELECTRIC SAFETY SWITCH | $2,559.00 |
| EVAPORATOR (1001) | $746.55 |
| FIBERGLASS WALLS & CEILING UPGRADES TO ROOM FOR CLEAN ROOM CELL PURPOSES | $11,923.00 |
| FIBERGLASS WALLS & CEILING UPGRADES TO ROOM FOR CLEAN ROOM CELL PURPOSES | $11,923.00 |
| FILTER TABLE, 4' X 8' DECK AREA, WITH VACUUM PUMP WELCH SCIENTIFIC, STEEL STAND | $74.00 |
| FINISHED GOODS CARTS | $2,055.49 |
| FLOOR SCRUBBER - CAP - BLA 6 (1003) | $1,720.36 |
| FLOOR SCRUBBER FOR GO PLANT | $2,020.59 |
| FLOOR SCRUBBER POLISHER, SSS | $357.00 |
| FORKLIFT PERSONNEL BASKET, 500LB CAPACITY | $295.00 |
| FUME HOOD & DUCT MOTOR | $12,660.65 |
| FURNACE FUME COLLECTION DUCT SYSTEM, CUSTOM BUILT, CONSISTING OF; | $8,253.00 |

In re Molycorp Rare Metals (Utah), Inc.

Case No. 15-11373

Schedule B29 - Machinery, fixtures, equipment and supplies used in business, description and location of property, value

| Description and Location of Property (All property in this Schedule B29 is located at 1877 Harris Lane, Blanding, UT 84511-2607) | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption |
|---|---|
| FURNACE WATER COOLER SYSTEM, CLIMATE CONTROL - SNYDER GENERAL CORP, CONSISTING OF; | $2,767.50 |
| GALLIUM CRYSTALLIZER PURIFIER CELL TANK SYSTEM, CONSISTING OF; | $26,203.00 |
| GALLIUM CRYSTALLIZER PURIFIER CELL TANK SYSTEM, CONSISTING OF; | $26,203.00 |
| GALLIUM CRYSTALLIZER PURIFIER CELL TANK SYSTEM, CONSISTING OF; | $104,743.00 |
| GALLIUM NITRATE PILOT PLANT, CONSISTING OF; | $2,427.00 |
| GALLIUM NITRATE SET UP (1014) | $2,109.58 |
| GALLIUM OXIDE PILOT PLANT | $8,005.23 |
| GRAPHITE CRUCIBLES | $2,805.00 |
| HOT PLATES, BARNSTEAD, 12" X 24", NOT IN USE, PART OF FORMER TUB TABLE CRYSTALLIZER METHODS | $2,808.00 |
| HOT PLATES, THERMO SCIENTIFIC, MODEL CIMAREX | $317.00 |
| HOT ROOM CELL, 8' X 10' AREA, WITH FIBREGLASS WALL PANELS, & SEAL STRIPS, HEATERS & VENTILATION | $703.00 |
| INFRARED TEMPERATURE SCANNER, FLUKE, MODEL 561 HVAC PRO-IR | $113.00 |
| INFRARED TEMPERATURE SCANNER, FLUKE, MODEL 561 HVAC PRO-IR | $73.00 |
| LIQUID NITROGEN DEWAR VESSEL, INTERNATIONAL CRYOGENICS INC, MODEL IC35D | $295.00 |
| LIQUID TOTE CONTAINERS IN GALVANIZED STEEL PALLETS, SCHUTZ, 1000 LITRE CAPACITY | $1,465.67 |
| LOCKER ROOM AREA FIXTURES AND EQUIPMENT, CONSISTING OF WASHER, DRYER, LOCKER ROOM CABINETS, HEALTH AND SAFETY EQUIPMENT | $147.00 |
| LOW VOLTAGE SOURCEMETER | $2,715.00 |
| MELT TUBS AND HEATER BLANKETS ON WORK BENCH | $678.00 |
| MISC CAP PROJECTS - CAP - BLA 9 | $1,761.09 |
| MISC EQUIPMENT ADDITIONS (ASSUMED TO BE PLACED IN SERVICE ON NOVEMBER 1/09) | $2,923.74 |
| MISC GLASSWARES, MINOR LAB EQUIPMENT, HOT PLATES, CHEMICALS ETC | $977.00 |
| MISCELLANEOUS BENCHES, PACKAGING TABLES, 16" HEAT SEALER, 8" HEAT SEALER, OHAUS MODEL SCOUTPRO OPEN TOP LAB SCALE, GAST MODEL 05230V350Q VACUUM PUMP, GAST MODEL O523-V191Q VACUUM PUMP | $463.00 |
| MISCELLANEOUS BUCKETS, POUR BUCKETS, LIQUID METAL HANDLING TOOLS | $317.00 |
| MIXER - CAP - BLA 12 (1009) | $574.76 |

In re Molycorp Rare Metals (Utah), Inc.

Case No. 15-11373

Schedule B29 - Machinery, fixtures, equipment and supplies used in business, description and location of property, value

| Description and Location of Property<br><br>(All property in this Schedule B29 is located at 1877 Harris Lane, Blanding, UT 84511-2607) | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption |
|---|---|
| MOISTURE TRAP, LABCONCO, MODEL CENTRIVAP 7811020, S/N 080486146 | $939.00 |
| MOISTURE TRAP, LABCONCO, MODEL CENTRIVAP COLD TRAP | $939.00 |
| MOLDS | $1,235.00 |
| MUFFLE FURNACE | $4,715.69 |
| NEW AA ROOM SETUP/INSTALL - CAP - BLA 8 (BLD 10-01) | $15,521.29 |
| NEW HOT ROOM - CAP - BLA 5 (1002) | $1,428.58 |
| NEW TROUGH SET | $26,605.58 |
| OPEN TOP LAB SCALE, AND, MODEL EK3000I | $150.00 |
| OPEN TOP LAB SCALE, AND, MODEL EK6100I, 6" X 5" DECK | $150.00 |
| OPEN TOP LAB SCALE, COLE PARMER, MODEL PR4200 | $390.00 |
| OPEN TOP LAB SCALE, DENVER INSTRUMENTS, MODEL TL-8101 | $408.00 |
| PALLET JACK, WESCO INDUSTRIAL, 5500LB CAPACITY | $156.00 |
| PALLET SCALE, METTLER TOLEDO, MODEL VLX10321 | $348.67 |
| PARTICLE COUNTER (ASSUMED TO BE IN SERVICE ON DECEMBER 1/09) | $1,349.00 |
| PARTICLE COUNTER, MET-ONE, MODEL GT-526 | $780.00 |
| PASS THROUGH WINDOW/ENCLOSURE | $193.00 |
| PASS THROUGH WINDOW/ENCLOSURE | $193.00 |
| PLATFORM SCALE, AND, MODEL FV-150K, 300LB CAPACITY | $120.00 |
| PORTABLE WEIGHING SYSTEM, TOLEDO, MODEL P2000B DIGITAL INDICATOR, 2LOAD CELLS & HOOKS, CART, CABLE, CONNECTORS | $332.67 |
| POSITIVE PRESSURE DUCT & FILTER FOR BOOT ROOM | $570.00 |
| POTTERY KILN, PARAGON TOUCH & FIRE, MODEL DTC-600C | $223.00 |
| POWER FEED WIRING TO MAIN BUILDING, WITH 400 AMP MAIN PANEL AT WEST HALF, 800 AMP PANEL AT EAST HALF, WIRING | $10,803.00 |
| POWER FEED WIRING TO MAINTENANCE SHOP WITH 400 AMP PANEL & WIRING | $3,377.00 |
| POWER FEED WIRING, PAD TRANSFORMER AND 3 DISTRIBUTION PANELS AT FURNACE SHOP | $6,375.00 |
| PRODIGY DC ARC SPECTROMETER | $146,353.18 |
| PROPANE TANK, EST'D 8' DIA X 50'LG, 30000 GALLON CAPACITY, WITH FOUNDATION, PUMP ETC | $38,250.00 |
| PSA ROOM HEATER | $1,759.00 |

In re Molycorp Rare Metals (Utah), Inc.

Case No. 15-11373

Schedule B29 - Machinery, fixtures, equipment and supplies used in business, description and location of property, value

| Description and Location of Property (All property in this Schedule B29 is located at 1877 Harris Lane, Blanding, UT 84511-2607) | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption |
|---|---|
| RELATIVE RESISTIVITY RATIOMETER SUPERCONDUCTIVITY TESTER, CONSISTING OF; | $2,874.33 |
| REVERSE OSMOSIS WATER STORAGE TANKS, 125 GALLON CAPACITY | $1.00 |
| REVERSE OSMOSIS WATER SYSTEM, REO-PURE | $1,465.67 |
| ROLL CASE BUCKET STORAGE STATIONS | $204.00 |
| SALT WATER BRINE STORAGE TANKS, 2000 GALLON CAPACITY EACH, BLACK POLYETHYLENE, OUTSIDE | $1,230.67 |
| SCRUBBER FOR FUME HOOD, FILTER PUMP INDUSTRIES, 48" X 48" X 72"HIGH FIBERGLASS SCRUBBER SECTION, INLET & EXHAUST DUCTING, WATER PUMP & SURGE TANK, BOUGHT USED | $2,646.00 |
| SECOND STAGE METAL PURIFYING SYSTEM, CUSTOM BUILT, CONSISTING OF; | $9,180.00 |
| SECOND STAGE METAL PURIFYING SYSTEM, CUSTOM BUILT, CONSISTING OF; | $9,180.00 |
| SHIPPING DEPARTMENT MINOR ITEMS, FRIDGE, FREEZER, BENCHES, SHELVING, CARTS, ETC | $251.33 |
| SNOW THROWER, MTD YARDMAN, 10.5HP, 30" | $44.00 |
| SPARE PARTS, PIPE FITTINGS, WASHERS, BOLTS, AND OTHER NEW STOCK ON HAND | $1,465.67 |
| STANDBY GENERATOR, ONAN, MODEL 12.5JC-18B-15571AB, 12.5 KILOWATT, S/N J840710057 | $270.00 |
| STRAPPING MACHINE, ITW PACKAGING, MODEL ALLPACK, S/N 30260075 | $540.00 |
| TABLE SAW - CAP - BLA 7 (1004) | $3,094.02 |
| TABLE SAW, DELTA, MODEL UNISAW 10", WITH FENCE, BACK TABLE, HOT WIRE FOAM CUTTING ATTACHMENT | $410.00 |
| VACUUM FILTER TABLES, 2' X 4' AREA | $1,594.33 |
| VACUUM GAUGE, WELCH VACUUM | $91.00 |
| VACUUM PUMP, WELCH THOMAS, MODEL 1400 | $317.00 |
| VACUUM PUMP, WELCH, MODEL 1400 | $317.00 |
| WALK IN COOLER, IMPERIAL MANUFACTURING, 20' X 13' | $7,902.67 |
| WATER CHILLER CIRCULATOR, NESLAB, MODEL RTE100 | $174.33 |
| WATER CHILLING UNIT, RENCOR-CORNELIUS, MODEL CH550A, S/N 62A0923LC001 | $1,009.33 |
| WATER FILTRATION (RO) SYSTEM (1010) | $6,080.16 |
| **Total:** | $735,541.09 |

In re Molycorp Rare Metals (Utah), Inc.

Case No. 15-11373

Schedule B30 - Inventory, description and location of property, value

| Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption |
|---|---|
| Warehouse at Utah factory - 1877 Harris Ln, Blanding, UT 84511-2607 USA | |
| - raw materials | $3,832,305.32 |
| - WIP | $555,355.78 |
| - finished goods | $464,685.88 |
| **Total:** | $4,852,346.98 |

1 of 1

B6D (Official Form 6D) (12/07)

In re  **Molycorp Rare Metals (Utah), Inc.** _____,   Case No. __**15-11373**_____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| __0__ continuation sheets attached | | | | Subtotal (Total of this page) | | | | | |
| | | | | Total (Report on Summary of Schedules) | | | | 0.00 | 0.00 |

B6E (Official Form 6E) (4/13)

.

In re   **Molycorp Rare Metals (Utah), Inc.**             ,   Case No.    **15-11373**
                                       Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

        **0**    continuation sheets attached

B6F (Official Form 6F) (12/07)

In re **Molycorp Rare Metals (Utah), Inc.** _____ ,    Case No. ___15-11373_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | |
| Account No.  **See Schedule F Attachment** | - | | | | | | | | 374,646,146.79 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | Subtotal (Total of this page) | | | | 374,646,146.79 |
| | | | | | Total (Report on Summary of Schedules) | | | | 374,646,146.79 |

__0___ continuation sheets attached

In re Molycorp Rare Metals (Utah), Inc.
Case No. 15-11373
Schedule F - Creditors Holding Unsecured Non-Priority Claims

| Creditor Name | Address1 | Address2 | City | State | ZIP | Country | Codebtor | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim | USD/CAD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ALG Worldwide Logistics | PO Box 66725 | | Chicago | IL | 60666 | | | | | | | $160.00 | USD |
| American Fire Equipment | 3107 W Virginia Ave. | | Phoenix | AZ | 85009 | | | | | | | $327.31 | USD |
| Certified Balance Service Inc | 3315 West Aqueduct Avenue | | Littleton | CO | 80123 | | | | | | | $836.00 | USD |
| DLS Worldwide, Inc. | RR Donnelley Logistics Services Worldwide, Inc. | PO Box 932721 | Cleveland | OH | 44193 | | | | | | | $195.00 | USD |
| Fed Ex | PO Box 94515 | | Palatine | IL | 60094-4515 | | | | | | | $10,555.55 | USD |
| Fisher Scientific (Acct.#687334-001) | 13551 Colletections Ctr Drive | | Chicago | IL | 60693 | | | | | | | $248.63 | USD |
| Frontier | PO Box 20550 | | Rochester | NY | 14602-0550 | | | | | | | $360.04 | USD |
| Honeywell Sensing and Control | 830 East Arapaho Rd. | | Richardson | TX | 75081 | | | | | | | $6,000.30 | USD |
| McMaster-Carr | PO Box 7690 | | Chicago | IL | 60680-7690 | | | | | | | $107.75 | USD |
| National Benefit Services LLC | PO Box 6980 | | West Jordan | UT | 84084 | | | | | | | $75.00 | USD |
| NIST/Quantum Physics & Technology Dept. | 325 Broadway St | | Boulder | CO | 80305 | | | | | | | $361.00 | USD |
| OCM MLYCo CTB Ltd. | 333 South Grand Avenue, 28th Floor | c/o Oaktree Capital Management, L.P. | Los Angeles | CA | 90071 | | | Prepetition Oaktree Obligations, as defined in the Final Order Pursuant to Sections 105, 361, 362, 363, 364 and 507 of the Bankruptcy Code (I) Authorizing Debtors to Obtain Superpriority Debtor-in-Possession Financing, (II) Authorizing Debtors to Use Cash Collateral, (III) Granting Adequate Protection to the Prepetition Secured Parties and (IV) Granting Related Relief [Docket No. 278] (the "Final DIP Order") | | | x | $75,205,712.59 | USD |
| OCM MLYCo CTB Ltd. | 333 South Grand Avenue, 28th Floor | c/o Oaktree Capital Management, L.P. | Los Angeles | CA | 90071 | | | Prepetition Oaktree Obligations, as defined in the Final DIP Order | | | x | $89,889,554.75 | USD |
| OCM MLYCo CTB Ltd. | 333 South Grand Avenue, 28th Floor | c/o Oaktree Capital Management, L.P. | Los Angeles | CA | 90071 | | | Prepetition Oaktree Obligations, as defined in the Final DIP Order | | | x | $209,478,506.70 | USD |
| Old Dominion Freight Line, Inc (File 030989) | PO Box 742296 | | Los Angeles | CA | 90074-2296 | | | | | | | $7,165.73 | USD |
| Molycorp Minerals Canada ULC - Peterborough | 625 Neal Drive | | Peterborough | ON | K9J 6X7 | Canada | | | | | | $36,306.24 | USD |
| Molycorp, Inc. | 5619 Denver Tech Center Parkway Suite 1000 | | Greenwood Village | CO | 80111 | | | | | | | $2,075.25 | USD |
| Rocky Mountain Power | PO Box 260000 | | Portland | OR | 97256-0001 | | | | | | | $4,053.06 | USD |
| UPS | Lockbox 577 | | Carol Stream | IL | 60132-0577 | | | | | | | $785.79 | USD |
| UPS SCS Chicago | 28013 Network Place | | Chicago | IL | 60673-1280 | | | | | | | $10.48 | USD |
| Verizon Wireless | PO Box 660108 | | Dallas | TX | 75266-0108 | | | | | | | $601.52 | USD |
| Zions Bank (Bankcard Centre) | PO Box 30833 | | Salt Lake City | UT | 84130-0833 | | | | | | | $2,148.10 | USD |
| | | | | | | | | | | | Total: | $374,646,146.79 | USD |

B6G (Official Form 6G) (12/07)

In re    **Molycorp Rare Metals (Utah), Inc.**                                                          ,    Case No.    **15-11373**
                                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **See Schedule G Attachment** | |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re Molycorp Rare Metals (Utah), Inc.
Case No. 15-11373
Schedule G - Executory Contracts and Unexpired Leases

| Creditor Name | Address1 | Address2 | Address3 | City | State | Zip | Country | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|---|---|---|---|---|---|---|
| NATIONAL BENEFIT SERVICES, LLC | 8523 S. REDWOOD ROAD | | | WEST JORDAN | UT | 84088 | | CUSTOMER ADMINISTRATION OF HEALTH REIMBURSEMENT ARRANGEMENT |

B6H (Official Form 6H) (12/07)

In re   **Molycorp Rare Metals (Utah), Inc.**                                                          ,     Case No.    **15-11373**
                                           Debtor

# SCHEDULE H - CODEBTORS

   Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **See Schedule H Attachment** | |

**0**
_____ continuation sheets attached to Schedule of Codebtors

In re Molycorp Rare Metals (Utah), Inc.
Case No. 15-11373
Schedule H - CODEBTORS

| Name of Codebtor | Address1 | Address2 | Address3 | City | State | Zip | Country | Name of Creditor | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Molycorp Minerals, LLC | 5619 DTC Parkway | Suite 1000 | | Greenwood Village | CO | 80111 | | OCM MLYCo CTB Ltd. | 333 South Grand Avenue, 28th Floor | c/o Oaktree Capital Management, L.P. | Los Angeles | CA | 90071 |
| Neo International Corp. | c/o Harridyal-Soha & Associates | The Grove, 21 Pine Rd | | Belleville, St. Michael | | | Barbados | OCM MLYCo CTB Ltd. | 333 South Grand Avenue, 28th Floor | c/o Oaktree Capital Management, L.P. | Los Angeles | CA | 90071 |
| Molycorp Metals & Alloy, Inc. | 8220 W. Harrison Street | | | Tolleson | AZ | 85353 | | OCM MLYCo CTB Ltd. | 333 South Grand Avenue, 28th Floor | c/o Oaktree Capital Management, L.P. | Los Angeles | CA | 90071 |
| Molycorp Chemicals & Oxide, Inc. | 5619 DTC Parkway | Suite 1000 | | Greenwood Village | CO | 80111 | | OCM MLYCo CTB Ltd. | 333 South Grand Avenue, 28th Floor | c/o Oaktree Capital Management, L.P. | Los Angeles | CA | 90071 |
| Molycorp Minerals Canada ULC | 121 King Street | Suite 1740 | | Toronto | ON | MSH 3T9 | Canada | OCM MLYCo CTB Ltd. | 333 South Grand Avenue, 28th Floor | c/o Oaktree Capital Management, L.P. | Los Angeles | CA | 90071 |
| Magnequench International, Inc. | 237 S. Pendleton Avenue | | | Pendleton | IN | 46064 | | OCM MLYCo CTB Ltd. | 333 South Grand Avenue, 28th Floor | c/o Oaktree Capital Management, L.P. | Los Angeles | CA | 90071 |
| MCP Canada Limited Partnership | 121 King Street | Suite 1740 | | Toronto | ON | MSH 3T9 | Canada | OCM MLYCo CTB Ltd. | 333 South Grand Avenue, 28th Floor | c/o Oaktree Capital Management, L.P. | Los Angeles | CA | 90071 |
| MCP Exchangeco Inc. | 121 King Street | Suite 1740 | | Toronto | ON | MSH 3T9 | Canada | OCM MLYCo CTB Ltd. | 333 South Grand Avenue, 28th Floor | c/o Oaktree Capital Management, L.P. | Los Angeles | CA | 90071 |
| Molycorp Inc. | 5619 DTC Parkway | Suite 1000 | | Greenwood Village | CO | 80111 | | OCM MLYCo CTB Ltd. | 333 South Grand Avenue, 28th Floor | c/o Oaktree Capital Management, L.P. | Los Angeles | CA | 90071 |
| Molycorp Luxembourg Holdings S.a.rl. | 13-15, avenue de la liberte | | | L-1931 | | | Luxembourg | OCM MLYCo CTB Ltd. | 333 South Grand Avenue, 28th Floor | c/o Oaktree Capital Management, L.P. | Los Angeles | CA | 90071 |
| Magnequench Inc. | 237 S. Pendleton Avenue | | | Pendleton | IN | 46064 | | OCM MLYCo CTB Ltd. | 333 South Grand Avenue, 28th Floor | c/o Oaktree Capital Management, L.P. | Los Angeles | CA | 90071 |
| Magnequench Limited | c/o Harridyal-Soha & Associates | The Grove, 21 Pine Rd | | Belleville, St. Michael | | | Barbados | OCM MLYCo CTB Ltd. | 333 South Grand Avenue, 28th Floor | c/o Oaktree Capital Management, L.P. | Los Angeles | CA | 90071 |
| MCP Canada Holdings ULC | 121 King Street | Suite 1740 | | Toronto | ON | MSH 3T9 | Canada | OCM MLYCo CTB Ltd. | 333 South Grand Avenue, 28th Floor | c/o Oaktree Capital Management, L.P. | Los Angeles | CA | 90071 |
| MCP Callco ULC | 121 King Street | Suite 1740 | | Toronto | ON | MSH 3T9 | Canada | OCM MLYCo CTB Ltd. | 333 South Grand Avenue, 28th Floor | c/o Oaktree Capital Management, L.P. | Los Angeles | CA | 90071 |
| Molycorp Rare Metals Holdings, Inc | 5619 DTC Parkway | Suite 1000 | | Greenwood Village | CO | 80111 | | OCM MLYCo CTB Ltd. | 333 South Grand Avenue, 28th Floor | c/o Oaktree Capital Management, L.P. | Los Angeles | CA | 90071 |
| PP IV Mountain Pass II, Inc. | 5619 DTC Parkway | Suite 1000 | | Greenwood Village | CO | 80111 | | OCM MLYCo CTB Ltd. | 333 South Grand Avenue, 28th Floor | c/o Oaktree Capital Management, L.P. | Los Angeles | CA | 90071 |
| PP IV Mountain Pass Inc. | 5619 DTC Parkway | Suite 1000 | | Greenwood Village | CO | 80111 | | OCM MLYCo CTB Ltd. | 333 South Grand Avenue, 28th Floor | c/o Oaktree Capital Management, L.P. | Los Angeles | CA | 90071 |
| RCF IV Speedwagon Inc. | 5619 DTC Parkway | Suite 1000 | | Greenwood Village | CO | 80111 | | OCM MLYCo CTB Ltd. | 333 South Grand Avenue, 28th Floor | c/o Oaktree Capital Management, L.P. | Los Angeles | CA | 90071 |
| Molycorp Silmet, AS | Kesk 2, Sillmae | 40231 Ida-Viro maakond | | | | | Estonia | OCM MLYCo CTB Ltd. | 333 South Grand Avenue, 28th Floor | c/o Oaktree Capital Management, L.P. | Los Angeles | CA | 90071 |
| Magnequench Neo Powders Pte. Ltd. | 61 Science Park Rd. | | | | | 117525 | Singapore | OCM MLYCo CTB Ltd. | 333 South Grand Avenue, 28th Floor | c/o Oaktree Capital Management, L.P. | Los Angeles | CA | 90071 |
| Molycorp Korea Inc. | 5619 DTC Parkway | Suite 1000 | | Greenwood Village | CO | 80111 | | OCM MLYCo CTB Ltd. | 333 South Grand Avenue, 28th Floor | c/o Oaktree Capital Management, L.P. | Los Angeles | CA | 90071 |
| Neo Performance Materials (Singapore) Pte. Ltd. | 5619 DTC Parkway | Suite 1000 | | Greenwood Village | CO | 80111 | | OCM MLYCo CTB Ltd. | 333 South Grand Avenue, 28th Floor | c/o Oaktree Capital Management, L.P. | Los Angeles | CA | 90071 |
| Molycorp Chemicals & Oxides (Europe) Ltd | 5619 DTC Parkway | Suite 1000 | | Greenwood Village | CO | 80111 | | OCM MLYCo CTB Ltd. | 333 South Grand Avenue, 28th Floor | c/o Oaktree Capital Management, L.P. | Los Angeles | CA | 90071 |
| Molycorp Japan, Inc. | Tokyo Club Bldg | 3-2-6 Kasumigaseki | Chiyoda-ku | Tokyo | | | | OCM MLYCo CTB Ltd. | 333 South Grand Avenue, 28th Floor | c/o Oaktree Capital Management, L.P. | Los Angeles | CA | 90071 |
| NMT Holdings GmbH | 5619 DTC Parkway | Suite 1000 | | Greenwood Village | CO | 80111 | | OCM MLYCo CTB Ltd. | 333 South Grand Avenue, 28th Floor | c/o Oaktree Capital Management, L.P. | Los Angeles | CA | 90071 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
### District of Delaware

In re  **Molycorp Rare Metals (Utah), Inc.**                          Case No.   **15-11373**

Debtor(s)                          Chapter   **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chief Financial Officer and Treasurer of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____**22**____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **August 20, 2015**                          Signature  **/s/ Michael Doolan**

**Michael Doolan**
**Chief Financial Officer and Treasurer**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.