# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| MOLYCORP, INC., | : | Case No. 15-11357 (CSS) |
| Reorganized Debtor. | : | (Jointly Administered) |
| | : | **Ref. Docket No. 2072** |
| In re | : | Chapter 11 |
| MAGNEQUENCH, INC., | : | Case No. 15-11359 (CSS) |
| Reorganized Debtor. | : | |
| In re | : | Chapter 11 |
| MAGNEQUENCH INTERNATIONAL, INC., | : | Case No. 15-11360 (CSS) |
| Reorganized Debtor. | : | |
| In re | : | Chapter 11 |
| MAGNEQUENCH LIMITED, | : | Case No. 15-11361 (CSS) |
| Reorganized Debtor. | : | |

NAI-1502287382v2

| | |
|---|---|
| In re<br><br>MCP CALLCO ULC,<br><br>   Reorganized Debtor. | Chapter 11<br><br>Case No. 15-11363 (CSS) |
| In re<br><br>MCP CANADA HOLDINGS ULC,<br><br>   Reorganized Debtor. | Chapter 11<br><br>Case No. 15-11364 (CSS) |
| In re<br><br>MCP CANADA LIMITED PARTNERSHIP,<br><br>   Reorganized Debtor. | Chapter 11<br><br>Case No. 15-11365 (CSS) |
| In re<br><br>MCP EXCHANGECO INC.,<br><br>   Reorganized Debtor. | Chapter 11<br><br>Case No. 15-11366 (CSS) |
| In re<br><br>MOLYCORP CHEMICALS & OXIDES, INC.,<br><br>   Reorganized Debtor. | Chapter 11<br><br>Case No. 15-11367 (CSS) |

NAI-1502287382v2

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| MOLYCORP LUXEMBOURG HOLDINGS S.À R.L., | : | Case No. 15-11368 (CSS) |
| Reorganized Debtor. | : | |
| In re | : | Chapter 11 |
| MOLYCORP METALS & ALLOYS, INC., | : | Case No. 15-11369 (CSS) |
| Reorganized Debtor. | : | |
| In re | : | Chapter 11 |
| MOLYCORP MINERALS CANADA ULC, | : | Case No. 15-11370 (CSS) |
| Reorganized Debtor. | : | |
| In re | : | Chapter 11 |
| MOLYCORP RARE METALS HOLDINGS, INC., | : | Case No. 15-11372 (CSS) |
| Reorganized Debtor. | : | |
| In re | : | Chapter 11 |
| MOLYCORP RARE METALS (UTAH), INC., | : | Case No. 15-11373 (CSS) |
| Reorganized Debtor. | : | |

NAI-1502287382v2

| | |
|---|---|
| In re | Chapter 11 |
| NEO INTERNATIONAL CORP., | Case No. 15-11374 (CSS) |
| Reorganized Debtor. | |

**FINAL DECREE (I) CLOSING CERTAIN
CASES, (II) WAIVING REQUIREMENT TO FILE FINAL
REPORT IN SUCH CASES AND (III) GRANTING RELATED RELIEF**

This matter having come before the Court upon the *Reorganized Plan Debtors' Motion for Issuance of a Final Decree (I) Closing Certain Cases, (II) Waiving Requirement To File Final Report in Such Cases and (III) Granting Related Relief* (the "Motion");[1] the Court having reviewed the Motion and having considered the statements of counsel and the evidence adduced with respect to the Motion at a hearing before the Court (the "Hearing"); the Court having found that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order, (ii) venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409, (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b) and that this Court may enter a final decree consistent with Article III of the United States Constitution and (iv) notice of the Motion and the Hearing was sufficient under the circumstances; after due deliberation the Court having determined that the relief requested in the Motion is in the best interests of the Reorganized Plan Debtors, their estates and their creditors; and good and sufficient cause having been shown;

---

[1]  Capitalized terms not otherwise defined herein have the meanings given to them in the Motion.

NAI-1502287382v2

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. Pursuant to section 350(a) of the Bankruptcy Code, Bankruptcy Rule 3022 and Local Rule 3022-1, the following chapter 11 cases (collectively, the "Closing Cases") are hereby closed and a final decree (this "Final Decree") is granted effective as of the date hereof:

| Name of Debtor | Case Number |
| --- | --- |
| Magnequench, Inc. | 15-11359 |
| Magnequench International, Inc. | 15-11360 |
| Magnequench Limited | 15-11361 |
| MCP Callco ULC | 15-11363 |
| MCP Canada Holdings ULC | 15-11364 |
| MCP Canada Limited Partnership | 15-11365 |
| MCP Exchangeco Inc. | 15-11366 |
| Molycorp Chemicals & Oxides, Inc. | 15-11367 |
| Molycorp Luxembourg Holdings S.à r.l. | 15-11368 |
| Molycorp Metals & Alloys, Inc. | 15-11369 |
| Molycorp Minerals Canada ULC | 15-11370 |
| Molycorp Rare Metals Holdings, Inc. | 15-11372 |
| Molycorp Rare Metals (Utah), Inc. | 15-11373 |
| Neo International Corp. | 15-11374 |

3. The Clerk of the Court shall enter this Final Decree individually on the docket of each of the Closing Cases and thereafter such dockets shall be marked as "Closed."

4. The chapter 11 case of Molycorp, Inc. (No. 15-11357) (the "Remaining Debtor") shall remain open and shall be administered under the following amended caption:

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re | : Chapter 11 |
| | : |
| MOLYCORP, INC., | : Case No. 15-11357 (CSS) |
| | : |
| Reorganized Debtor.[1] | : |
| | : |

---

1. The Reorganized Debtor, together with the last four digits of its federal tax identification number, is Molycorp, Inc. (1797). The location of Molycorp, Inc.'s corporate headquarters and service address is: Plaza Tower One, 6400 Fiddlers Green Circle, Suite 1610, Greenwood Village, CO 80111.

5. To the extent not already paid, the fees required to be paid to the U.S. Trustee by the Reorganized Plan Debtors on account of the Closing Cases pursuant to 28 U.S.C. § 1930(a)(6) or otherwise shall be paid no later than January 30, 2017.

6. To the extent any matters arise in connection with the Plan or the Proposed Final Decree with respect to the Closing Cases, the Court retains jurisdiction in connection with such matters in the chapter 11 case of the Remaining Debtor. In addition, entry of this Final Decree is without prejudice to the rights of the Remaining Debtor or any other party in interest, including Paul Hastings with respect to the issues in paragraph 7 hereof, to seek to reopen any of the Closing Cases.

7. Nothing in this Final Decree shall be deemed to be, or be construed as, releasing any of the Reorganized Plan Debtors, including the Reorganized Plan Debtors whose chapter 11 cases comprise the Closing Cases, from their obligation (if any) to pay for the professional fees and expenses of Paul Hastings LLP as provided in the *Order Authorizing Employment and Retention of Paul Hastings LLP as Counsel to Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Sections 328(a), 330(a), and 1103, Effective as of July 8, 2015 [Docket No. 369]*. Allowance and payment on a final basis of Paul Hastings' fees

and expenses remains pending before this Court and will be addressed in a separate order, and this Court shall retain exclusive jurisdiction over this matter and over the Closing Cases and, with respect to Paul Hastings' fees and expenses, over the Reorganized Plan Debtors as if this Final Decree had not been entered.

8. The Remaining Debtor and Prime Clerk LLC, as claims and noticing agent, are authorized to take all actions that may be necessary to undertake the relief granted in this Final Decree.

9. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

10. Notwithstanding the possible applicability of Rules 6004(h), 7062, or 9014 of the Bankruptcy Rules or otherwise, the terms and conditions of this Final Decree shall be immediately effective and enforceable upon its entry.

Dated: ___December 15___, 2016
Wilmington, Delaware

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

NAI-1502287382v2